*EXHIBIT 93*

# <u>EXHIBIT A</u>

BG STRATEGIC ADVISORS, LLC, a

Florida limited liability company,

    Plaintiff,

  v.

FREIGHTHUB, INC., a Delaware

corporation,

    Defendant.

# October 1, 2021

Prepared by:
Oscher ◇ Consulting, P.A.

## BG Strategic Advisors, LLC

## v.

## FreightHub, Inc.

## Table of Contents

|  | Page(s) |
|---|---|
| Understanding ........................................................... | 3 |
| Background ............................................................... | 4 |
| Information Considered ............................................. | 4 |
| Findings ................................................................... | 5 |
| Conclusion................................................................ | 15 |

**Exhibits:**

| | |
|---|---|
| Steven S. Oscher's Curriculum Vitae.............................Exhibit I |
| Steven S. Oscher's Rule 26 Disclosure...........................Exhibit II |
| Information Considered ..................................................Exhibit III |
| Convertible Loans and Capital Contributions.............Exhibit IV |
| Success Fee ........................................................................Exhibit V |

## UNDERSTANDING

BG Strategic Advisors, LLC ("BGSA" or "Plaintiff") is a firm that provides merger and acquisition ("M&A") advisory and private placement services for companies in the supply chain sector.  BGSA is a Florida limited liability company conducting business in Palm Beach County, Florida, with its principal place of business located in Palm Beach County, Florida.  Benjamin Gordon ("Mr. Gordon") is the owner of BGSA.

FreightHub, Inc. ("Freighthub", "Company", or "Defendant") is a transportation logistics technology platform company. Freighthub is a Delaware Corporation conducting business in multiple places including but not limited to Palm Beach County, Florida. Freighthub changed its name in 2021 to Freight App, Inc.

Hudson Capital, Inc. ("Hudson") is a British Virgin Islands corporation which has proposed to merge with Freighthub. A Term Sheet for Proposed Merger Transaction between Hudson Capital, Inc. and Fr8hub, Inc. (the "Merger") was executed between the parties and forms S-4 (including several amendments) have been filed with the United States Securities and Exchange Commission ("SEC") awaiting its approval of the transaction

On December 11, 2017, BGSA and Freighthub entered into an Engagement Agreement ("Agreement") under which BGSA was to act as an investor and exclusive advisor for Freighthub in connection with one or more proposed transactions.  According to the Agreement, BGSA was to find a transaction or multiple transactions acceptable to the Company and its shareholders and would, in return, earn a retainer fee, success fees, and the extension of the Agreement.

Plaintiff has alleged that Freighthub breached the Agreement by:

1.  failing to properly pay or account for the retainer fee;

2.  failing to pay the success fee and refusing to pay future success fees;

3.  failing to engage and/or refusing to acknowledge and compensate BGSA as its ongoing advisor;

4.  and failing to provide the equity the parties agreed to.

Counsel for the Plaintiff has engaged Oscher Consulting, P.A. and Steven S. Oscher ("Oscher") to analyze the available business records and determine the economic loss due to the breach of the Agreement by the Defendant.

## BACKGROUND

Steven S. Oscher ("Oscher" or "Dr. Oscher") has his Doctorate in Business Administration from the University of South Florida. He is the Managing Director of Oscher Consulting, P.A. a Certified Public Accounting firm. Dr. Oscher is a Certified Public Accountant ("CPA") and has been accredited by the American Institute of CPAs in the areas of Business Valuation and Financial Forensics. Dr. Oscher has been accredited as a Certified Fraud Examiner. He has worked on numerous engagements involving forensic accounting issues, investigations of fraudulent conduct and the analysis of economic damages.

A copy of Dr. Oscher's curriculum vitae is attached as Exhibit I. A listing of cases in which Dr. Oscher has provided testimony at trial or deposition is attached as Exhibit II. Dr. Oscher is compensated at the rate of $450 per hour.

## INFORMATION CONSIDERED

The information I considered in forming my opinions in this matter is identified in Exhibit III.

Yesterday, additional documents were received that have not been reviewed at this time and the impact on my findings and conclusion is unknown.

# FINDINGS

I have reviewed the Agreement as well as documents produced relative to "Transactions"[1] which have resulted in inflows of capital to Freighthub, documents produced relative to the proposed Merger, the deposition of Freighthub's corporate representative and Chief Financial Officer, Paul Freudenthaler ("Mr. Freudenthaler"), and certain other documents to determine the amounts which may entitle BGSA to its Success Fees. I have also been asked to analyze the transactions which have resulted in the dilution of the Plaintiff's interest in Freighthub based upon the Retainer earned according to the Agreement between the parties.

As noted in the Information Considered section, documents were produced one day prior to the disclosure deadline for my Expert Report. Due to the timing of this production, I have been unable to analyze these documents, and I reserve the right to update my findings and conclusions as may be appropriate.

## AGREEMENT DATED DECEMBER 11, 2017

Certain terms of the Agreement which are relevant to BGSA's economic loss have been set forth below to provide the foundation to my analysis:

## Transactions

Pursuant to the Agreement, "Transactions" are defined as: "a capital raise, strategic investment, acquisition, sale, merger, combination, reorganization, recapitalization or other business transaction with the Company, in which the Company sells, transfers or exchanges any or all of its assets, liabilities, or stock in any transaction

---

[1] As the term is defined in the Agreement

whether for cash, securities or other consideration, as a single transaction or series of transactions, except as done in the ordinary course of business."[2]

**Term of Agreement**

1. "The term of this Engagement will begin on the date of this letter and continue for twelve (12) months thereafter."[3]

2. "If no Transaction has occurred during the term of this Agreement, and if during the twelve (12) months following the expiration or termination of this Agreement, the Company consummates a Transaction, with or without the continued assistance of BGSA, then BGSA shall be entitled to receive the Success Fees specified above."[4]

3. "In the event the Company consummates a Transaction during the term of this Engagement, then BGSA will be appointed as its ongoing advisor for the Company, on the same terms as in this letter including paragraphs A and B unless otherwise mutually agreed, for as long as BGSA, Cambridge Capital, or Gordon remains involved with the company.  The Company shall have the right to terminate this Agreement, but only for cause.  "Cause" in this agreement means (i) an intentional act of fraud by BGSA; (ii) an intentional and continued breach of BGSA's material obligations under this agreement; (iii) BGSA failing to be a registered broker-dealer, or (iv) intentional and continued willful conduct by BGSA that is demonstrably and materially harmful to the Company.  For purposes of this paragraph, an act, or a failure to act, shall not be deemed willful or intentional, as those terms are defined herein, unless it is done, or omitted to be done, in bad faith and without a reasonable belief that BGSA's actions were in the best interest of the company.  Failure to meet

---

[2] Agreement Page 1, Second paragraph.
[3] Agreement Page 2, Paragraph C.
[4] Agreement Page 2, Paragraph B.

objectives, by itself, does not constitute "Cause." In the event the Company believes BGSA has committed actions that would justify termination for Cause, then it shall give BGSA a written warning, and BGSA shall have the opportunity for a reasonable cure period (not to exceed 30 days) (the "Cure Period") in which it seeks to discontinue any actions that would justify termination for Cause. If BGSA succeeds in taking corrective action during this Cure Period, then the Company shall have no right to terminate BGSA for Cause. However, if BGSA fails to take corrective action during this Cure Period, then, and only then, the Company shall have the right to execute a Termination for Cause.[5]

## Fees to be Paid

The Agreement provided for the following fees to be paid to BGSA:

1. <u>Retainer</u> – "BGSA shall agree to work initially on a no-retainer basis. Instead, BGSA's principal, Benjamin Gordon and/or his designees, will receive stock equal to 8% of the fully-diluted equity of the Company's stock, based on the total capitalization as of the date of the closing of the next Transaction. 50% of this equity shall vest upon the closing of the next Transaction. The remaining 50% of this equity shall vest upon the sooner of (a) the Company receiving introductions to at least 10 c-level executives to strategic companies in the supply chain sector, or (b) the Company receiving one introduction to a strategic client that generates meaningful revenue for the Company. For clarity, "strategic companies" and "strategic clients" shall include the companies attached to this letter as Annex B. Gordon and BGSA will also play a role helping to build and grow the Company, including introductions to customers, strategic feedback, and other services as appropriate."[6]

---

[5] Agreement Pages 2-3, Paragraph C.
[6] Agreement Page 2, Paragraph A, section 1.

2.   <u>Success Fee</u> – "Upon the consummation of any Transactions, the Company will pay BGSA a success fee equal to (a) 10% of capital raised for capital raises, loans, or investments, 7% of which shall be payable to BGSA by the Company in cash and the remaining 3% payable in fully-diluted equity of the Company's stock; or (b) 3% of the Company's Total enterprise value for sales, mergers, or changes of control.  For the sake of clarity, BGSA shall not be entitled to a success fee for (i) the BGSA Investment; or (ii) any funds received from any existing investor of the Company."[7]

3.   "A Transaction shall be deemed consummated as of the date on which the Company delivers signed closing documents effecting a Transaction (the "Closing").  The Success Fees shall be due immediately at the Closing."[8]

4.   <u>Expense Reimbursement</u> – "In addition to the fees that are payable to BGSA, the Company hereby agrees to reimburse BGSA promptly for reasonable travel and other reasonable out-of-pocket expenses incurred in connection with this Agreement, regardless of whether a Transaction has occurred.  Any individual expense exceeding US$[$5,000] shall require the prior written approval of the Company."[9]

## OSCHER FINDINGS: TRANSACTIONS

I have reviewed and analyzed documents produced by Freighthub, including an Excel spreadsheet titled "Freighthub, Inc. – Cap Table (Final) (19MAY20) CONFIDENTIAL FH0003115.xlsx" (the "May 2020 Capitalization Table"), which appears to summarize the various Transactions by which the Company obtained capital, as well as a series of convertible promissory notes, convertible promissory note agreements, and amendments to certain agreements, which are legal agreements between Freighthub and

---

[7] Agreement Page 2, Paragraph A, section 2.
[8] Agreement Page 2, Paragraph A, section 3.
[9] Agreement Page 2, Paragraph A, section 4.

its investors and noteholders. Based on these documents, I have identified the following Transactions:

**Initial Note Financing**

The Company raised an aggregate total of one million dollars ($1,000,000) of convertible debt financing from 9 individuals or entities prior to December 11, 2017, which appears in the May 2020 Capitalization Table as the "Initial Note." I noted that the amounts reflected in the May 2020 Capitalization Table agree to Schedule 1 to the First Amendment to Convertible Promissory Note dated November 15, 2018 [FH0000939 – 951]. One noteholder, Mr. Enrique Resendez, was included as part of this Initial Note Financing; however, the note for $11,100 (of his total $45,100 contribution) was not issued until May 17, 2018.[10]

**Second Note Financing**

The Company raised an aggregate total of two million one hundred forty thousand dollars ($2,140,000) of convertible debt financing from 16 individuals and entities prior to December 11, 2017, which appears in the May 2020 Capitalization Table as the "Second Note."  I noted that the amounts reflected in the May 2020 Capitalization Table agree to Schedule 1 to the First Amendment to Convertible Promissory Note dated November 15, 2018 [FH0000952 – 967].

For purposes of my analysis, the noteholders of the Initial Note and Second Note for which notes were issued prior to December 11, 2017 appear to be "Existing Investors" with respect to the Agreement, and I have not calculated Success Fees owed to BGSA based on any subsequent Transactions with these individuals or entities.

One noteholder, Pishinano Investment Holding Ltd., was included as part of this Second Note Financing; however, the Note Purchase Agreement does not appear to have

---

[10] Schedule 1 – List of Note Purchase Agreements and Notes, FH0000967

been signed until January 10, 2018 and the note for $110,000 does not appear to have been issued until January 19, 2018.[11]

**First Bridge Financing**

The Company raised an aggregate of one million dollars ($1,000,000) of convertible debt financing from 9 individuals or entities, including 6 Existing Investors. These Transactions appear in the May 2020 Capitalization Table as the "First Bridge." I noted that the amounts reflected in the May 2020 Capitalization Table agree to Schedule 1 to Note Purchase Agreement dated June 11, 2018[12] and a First Amendment to Convertible Promissory Note dated November 15, 2018 which indicates promissory notes issued February 2018 through June 2018.[13]

The three entities participating in the First Bridge financing who were not holders of notes issued prior to December 11, 2017 were Pishinano Investment Holding, Ltd., the Daniel J. Krifcher Revocable Trust, and Delmar International Inc. ("Delmar"). I noted that Mr. Freudenthaler testified that Freighthub paid BGSA a success fee with regards to the Delmar Transaction.[14]

The Agreement provides that if a Transaction occurs within the first 12 months of the Agreement, "BGSA will be appointed as its ongoing advisor for the Company, on the same terms as in this letter including paragraphs A and B unless otherwise mutually agreed, for as long as BGSA, Cambridge Capital, or Gordon remains involved with the company."[15] The First Bridge Transactions appear to satisfy the requirement that a Transaction be consummated within 12 months of the Agreement.

---

[11] Schedule 1 – List of Note Purchase Agreements and Notes, FH0000951.
[12] FH 0001521 – FH 0001526.
[13] Schedule 1 – List of Note Purchase Agreements and Notes, FH0000938.
[14] Deposition of Paul Freudenthaler, September 16, 2021, page 79, lines 23 – 25.
[15] Agreement Pages 2-3, Paragraph C.

**Second Bridge Financing**

From July 2018 through October 2018, the Company raised an aggregate of three hundred thousand ($300,000) of convertible debt financing from 3 individuals or entities, including 2 Existing Investors.[16] These Transactions appear in the May 2020 Capitalization Table as "Second Bridge" Transactions.

The noteholder of two notes, issued August 1, 2018 and September 18, 2018, each for $50,000, is identified in Schedule 1 to the First Amendment to Promissory Note dated November 15, 2018[17] as Kerry Propper ("Mr. Propper"). Mr. Propper is identified as the Managing Partner of ATW Fund I, LP signing on its behalf a Convertible Promissory Note and Note Purchase Agreement with Freighthub in March 2017.[18] I am not aware of any Transaction involving Mr. Propper as an individual prior to December 11, 2017, and the Agreement does not define "Existing Investor" for purposes of calculating Success Fees. For purposes of this analysis, Mr. Propper has been identified as an affiliate of an Existing Investor.

The Second Bridge Transactions appear to be the "next Transaction" for purposes of calculating BGSA's entitlement to stock to be issued as payment of the Retainer Fee.

**Additional Cash Commitments – November 2018**

Additional convertible promissory loan financing occurred in November 2018. The Company anticipated Transactions raising a total of $4,267,000.  According to the May 2020 Capitalization Table, $4,188,437 had been received, $112,361 was expected to be received, and $113,216 would not be funded.[19]

---

[16] Schedule 1 – List of Note Purchase Agreements and Notes, FH0000975.
[17] FH0001243 – FH0001250.
[18] FH0001077 – FH0001086.
[19] See the tab "Investment Tracker (50% T3)" included in the May 2020 Capitalizatin Table (Freighthub, Inc. – Cap Table (Final) (19MAY20) CONFIDENTIAL FH003115.xlsx).

**Additional Cash Commitments – May 2020**

In May 2020, in connection with an Action by Written Consent of the Stockholders[20] which provided for the issuance of three new series of preferred stock, the Company anticipated Transactions raising an additional $800,000.

According to the May 2020 Capitalization Table, $688,318 had been received, and $82, 998 was expected to be received, for a total of $771,316. Based on Exhibit A to the Action by Written Consent of the Stockholders in Lieu of a Meeting dated May 19, 2020, (the "May 2020 Stockholders Action") it appears that $688,467 was actually received.[21]

**Additional Capital Raised – October 2020 – July 2021**

In October 2020, the Company raised approximately $4 million of convertible debt financing from 17 individuals or entities including 12 Existing Investors and 4 individuals or entities that were affiliated with Existing Investors. From January 2021 through July 2021, approximately $3.6 million of convertible debt financing was raised from 2 entities that were affiliated with Existing Investors.[22]

**Success Fee – Capital Raised**

Oscher's determination of capital raised from Existing Investors, affiliates of Existing Investors and new investors is attached as Exhibit IV. To the extent that the Trier-of-Fact determines that BGSA is entitled to Success Fees on capital contributions made by affiliates of Existing Investors and new investors, such Success Fees are attached as Exhibit V.

I understand that a Success Fee in the amount of $16,360 was paid to BGSA and would be an offset to Plaintiff's claim for economic loss.

---

[20] FH0003257 – FH0003355.
[21] Exhibit A "Schedule of Purchasers" FH0003310 – FH0003313.
[22] Second Amendment to Securities Purchase Agreement dated July 30, 2021, FH0006058 – FH0006094.

**Hudson Merger**

A Term Sheet for Proposed Merger Transaction between Hudson Capital Inc. and Fr8hub Inc. was executed on June 10, 2020. Since then, there have been at least five amendments to Form S-4 filed with the SEC seeking approval of the Transaction. Mr. Freudenthaler testified that, with regards to the Merger, Freighthub has been valued at $60 million.[23] I noted that the $60 million value of the Company is further documented in the Form S-4 filed with the SEC regarding the Hudson merger.

**Success Fee – Change of Control**

To the extent that the Trier-of-Fact determines that BGSA is entitled to Success Fees for sales, mergers, or changes of control, it would be $1,800,000 (based on Mr. Freudenthaler's value of Freighthub ($60 million x 3% Success Fee).

**Retainer Fee**

BGSA alleges that while Freighthub paid BGSA a Retainer Fee in January 2020 by issuing 80,000 shares of common stock, this stock issuance did not equate to eight percent (8%) of the fully diluted equity of the Company.  It is further alleged that these shares were of a lower class than other newly issued preferred stock, thereby destroying the value of the stock owed to BGSA.

I noted that Freighthub issued eighty thousand (80,000) shares of stock to BGSA Holdings, LLC (BGSA's parent company) in January 2020.[24] The date of the issuance of these shares appears to have been over a year subsequent to the Transactions for which the Retainer appears to have been earned

Based upon the May 2020 Cap Table, the 80,000 shares issued to BGSA represented 8% of the fully-diluted equity giving consideration to issued and outstanding common

---

[23] Deposition of Paul Freudenthaler dated September 16, 2021, page 119, lines 2-7.
[24] Stock certificate FH0005946 – FH0005947 and Cover Letter dated January 21, 2020, FH0005950.

stock (after a reverse stock split), warrants then in effect, employee stock options, and the convertible debt raised in the Initial Note, Second Note, First Bridge and Second Bridge financing. The fully-diluted number of shares as converted was approximately 1 million shares.

Pursuant to the First Amended and Restated Certificate of Incorporation, adopted as of November 15, 2018[25], and the Second Amended and Restated Certificate of Incorporation of Freighthub, Inc., adopted as of May 19, 2020[26], (the "Certificate of Incorporation") the Company has authorized 80,000 shares of Non-Voting Common Stock. I noted that Mr. Freudenthaler testified this class of stock did not exist at the time of the Agreement, and that it was specifically created for BGSA.[27]

Exhibit A to the May 2020 Stockholders Action indicates that the Stockholders authorized approximately 7.8 million new shares of Series A1-A Preferred Stock, 3.1 million new shares of Series A1-B Preferred Stock, and 1.5 million new shares of Series A2 Preferred Stock. Exhibit A indicates that only the Series A2 Preferred Stock was issued in connection with new capital raised (approximately $700,000). Over 10 million shares appear to have been authorized based on the same convertible debt as of November 2018 (approximately 1 million shares of fully-diluted equity) which formed the basis of the 80,000 shares issued to BGSA Holding, LLC.

To the extent that BGSA is determined to have been improperly diluted with respect to its interest in the Company, the economic loss would be determined by the value of the company at the time the Merger is completed, and the difference between the value of BGSA's interest at its current level (less than 1%) and the percentage (8%) as set forth in the Agreement.

---

[25] FH0001695 – FH0001715.
[26] FH0003257 – FH0003355.
[27] Deposition of Paul Freudenthaler dated September 16, 2021, page170, lines 7 – 14.

# CONCLUSION

At the present time, my conclusions on BGSA's economic loss assuming a finding of liability are as follows:

### Capital Raised

| | |
|---|---|
| Success Fee (affiliates) | $939,623 |
| Success Fee (new investors) | 40,161 |
| Offset by Success Fees paid | (16,360) |
| Economic Loss | $963,424 |

### Sales, Mergers or Changes of Control

(Assuming a Merger is consummated at the current valuation)

| | |
|---|---|
| Economic Loss | $1,800,000 |

### Dilution of Equity

| | |
|---|---|
| Economic Loss | TBD |

With regards to Freighthub's most recent production, I reserve the right to update my opinions as may be appropriate when this additional information has been reviewed and analyzed.

Steven S. Oscher
October 1, 2021

# STEVEN S. OSCHER – DBA, CPA, ABV/CFF, CFE

*Education:*

- **Doctor of Business Administration, 2017**
  **University of South Florida- Muma College of Business**
- **B.S. Accounting, 1977 University of South Florida**
- **Continuing professional education as an instructor and student**

*Employment:*

| | |
|---|---|
| **1990 – Present** | **Oscher Consulting, P.A.** |
| | **Managing Director** |
| **2017 – 2020** | **University of South Florida** |
| | **Adjunct Instructor** |
| **1990 – 1991** | **Coopers & Lybrand - Consultant** |
| **1984 – 1990** | **Laventhol & Horwath - Partner** |
| | **Director, Litigation Support Services** |
| | **Director, Accounting & Auditing Services** |
| **1981 – 1984** | **Coopers & Lybrand - Audit Manager** |
| **1977 – 1981** | **Grant Thornton - Audit Supervisor** |

*Professional:*
*(current and past)*

- **AICPA- ABV Designation (Accredited in Business Valuation) and CFF Designation (Certified in Financial Forensics)**
- **Florida Institute of CPAs**
- **Association of Certified Fraud Examiners (Accredited as a CFE)**
- **FICPA Valuation and Litigation Section Steering Committee**
- **USF School of Accountancy, Past Chairman Advisory Board**
- **USF College of Business, Deans Advisory Board**
- **National Association of Forensic Economists**
- **Florida State Board of Accountancy, past Chairman and Vice Chairman**
- **American Arbitration Association, National Roster of Neutrals member**
- **Thirteenth Judicial Circuit Business Courts - Committee Member**
- **Hillsborough County Bar Foundation Board of Trustees, Treasurer**

*Community:*
*(current and past)*

- **USF Physicians Group of the USF College of Medicine, University Medical Service Association, Inc. and USF Medical Services Support Corporation-Board of Directors-Audit Committee Chairman**
- **Florida Bar Grievance Committee**
- **Leadership Tampa, Past Chairman**
- **University of South Florida**
  **National Alumni Association, Past President**
- **Hillsborough County Bar Association-Associate Member**
- **Sun Dome, Inc., Board of Directors President-Audit Committee Chairman**
- **The Florida Aquarium, Board of Directors**
- **Judicial Nominating Commission, Thirteenth Circuit, Former Commissioner**
- **Florida BOA Independence Task Force Committee, Former Chairman**
- **USF Center for Entrepreneurship, Board member**

*Military:*

- **1966 – 1972    U.S. Navy - Submarine Service; Clearance:  Top Secret**

Exhibit II

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| **FIRM** | **CASE NUMBER** | **CASE NAME** |
|---|---|---|
| John A. Anthony<br>Anthony & Partners, LLC<br>201 North Franklin Street, Suite 2800<br>Tampa, Florida  33602 | In the United States District Court<br>Middle District of Florida<br>Tampa Division | Branch Banking and Trust Company vs. Kraz, LLC |
| Daniel Clark<br>Clark Martino, P.A.<br>3407 W. Kennedy Blvd.<br>Tampa, FL 33609 | In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County Civil Division | Knut Horneland and Patricia Horneland vs. US Bank, N.A. |
| J. Todd Timmerman, Esquire<br>Shumaker, Loop & Kendrick, LLP<br>101 E Kennedy Boulevard, Suite 2800<br>Tampa, FL 33602 | In the United States Bankruptcy Court for the District of Delaware<br>Chapter 11<br>Case No. 13-10546 | SuperMedia LLC vs. Yellow Pages Photos, Inc. |
| Arnold D. Levine, Esquire<br>Levine & Sullivan, P.A.<br>Barrister Building, Suite 200<br>505 E. Jackson Street, Tampa, Florida 33602<br>Phone: 813-229-6585 | In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida Civil Division | First Street & Fifth Avenue, LLC vs. Chandresh Saraiya, Vipul Kabaria, Jugal Taneja, a/k/a Jugal K. Tenaja and Indira Lalwani |
| Joe Varner<br>Holland & Knight<br>100 North Tampa Street, Suite 4100<br>Tampa FL 33602<br>Phone: 813-227-6703 | 08-05738<br>Division: J<br>In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Civil Division | Todd Schnitt and Michelle Schnitt vs. Cox Radio, Inc., Bubba Radio Network, Inc., and Bubba Clem |
| Kristi Neher Davisson<br>Anthony and Partners, LLC<br>201 N. Franklin Street Suite 2800<br>Tampa, FL 33602<br>Phone: 813-575-2681 | 1:11cv03701 (JFH/GSB)<br>United States District Court for the Northern District of Illinois (Eastern Division) | United States ex. rel. Per Bukh vs. Guldmann, Inc. |
| Anthony J. Cuva<br>Baja Cuva Cohen Turkel<br>100 North Tampa Street, Suite 1900<br>Tampa, Florida 33602<br>Phone: 813-443-2199 | 12-CA-008476 Division: L<br>In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Business Court | Performance Renewable Energy, Inc. vs. Kinder Morgan Port Sutton Terminal, LLC d/b/a Kinder Morgan |

Exhibit II

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| Rich McCrea<br>Greenberg Traurig, P.A.<br>101 East Kennedy Boulevard<br>Suite 1900<br>Tampa, Florida 33602<br>Phone: 813-318-5723 | 8:14-CV-3213-T-35-TGW<br>United States District Court<br>Middle District of Florida<br>Tampa Division | Jeffery Griffith, Johnathon Blocher, Annette Rodriguez vs. Landry's, Inc. and CHLN, Inc., d/b/a Chart House f/k/a Landry's Seafood House |
| Jody Valdes<br>Weekley Schulte Valdes, LLC<br>1635 North Tampa Street, Suite 100<br>Tampa, Florida 33602<br>Phone: 813-221-1154 | In the American Arbitration Association Venue for Arbitration: Hillsborough County, Florida | Jose I. Lopez, MD., Jose Ignacio Lopez, M.D., PA vs. UnitedHealth Group, Inc., and Optumrx, Inc. |
| Lisa Griffin Hodgdon<br>Broad and Cassel<br>100 North Tampa Street, Suite 3500<br>Tampa, Florida 33602<br>Phone: 813-225-3020 | In the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida Civil Division | Sean Kearns vs. Farmer Acquisition Company d/b/a Charlotte Honda |
| Mahlon H. ("Tripp") Barlow<br>Sivyer Barlow & Watson, P.A.<br>401 East Jackson Street, Suite 2225<br>Tampa, Florida 33602<br>Phone: 813-221-4242 | In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida Civil Division | John S. Haskell, individually, and John S. Haskell, as Trustee of the John S. Haskell 2009 Grantor Retained Annuity Trust Dated September 18, 2009 vs. Nicolas H. Haskell, Christopher H. Haskell, and Charles Araba, PCP Group, LLC |
| Mark Rabinowitz, Esq.<br>Greenspoon Marder, P.A.<br>201 E. Pine Street, Ste. 500<br>Orlando, FL 32801<br>Phone: 407-425-6559 | In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida | Melanie A. Desanto-Byrd vs. Jeffery M. Byrd |
| John Anthony, Esq.<br>Anthony & Partners, LLC<br>201 N. Franklin Street, Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-273-5616 | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Michael Boorom and William G. Harley vs. Lincare Inc. |
| Holly Hawkins Saporito<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone: 404-881-4402 | United States District Court<br>Middle District of Florida<br>Tampa Division<br>Case No.: 8:15-cv-2294-T-30BM | Phelan Holdings, Inc. vs. Rare Hospitality Management, Inc. |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| Jonathan B. Sbar<br>Rocke, McLean & Sbar, P. A.<br>2309 S. MacDill Avenue<br>Tampa, FL 33629<br>Phone: 813-769-5600 | United States District Court<br>Middle District of Florida<br>Tampa Division<br>Case No. 8:15-CV-02784-JSM-AEP | Financial Information<br>Technologies, INC. vs. Mark<br>Lopez |
| Paul D. Watson<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson St.<br>Suite 2225<br>Tampa, Florida 33602<br>Phone: 813-574-6722 | In the Circuit Court of the Fifth<br>Judicial Circuit in and for Citrus<br>County, Florida Civil Division<br>Case No. 2012-CA-1970 | Michael K. Herron, MD, Vs.<br>Inverness Medical Imaging,<br>LLC, a Florida Limited<br>Liability Company, Charles K.<br>Zachar, MD, a/k/a Charles<br>Zachar, MD., Individually and<br>Richard M. Degirolami, MD,<br>Individually |
| Cheryl Thompson<br>Thompson Law Practice, P.A.<br>301 W. Platt Street Suite 656<br>Tampa, Florida 33606<br>Phone: 813-226-8580 | United States Bankruptcy Court<br>Middle District of Florida<br>Orlando Division        Case<br>No. 6:15-bk-02498-KSJ Chapter 7 | Wade Martin Rome Kathleen<br>Maloney Rome Debtors. Robert<br>Thomas, individually and as<br>assignee,<br>beneficiary or successor to<br>Robert Thomas III, Trustee of<br>the Robert Thomas Revocable<br>Trust Dated April 6, 1989,<br>Fredrick Laufer, individually<br>and as assignee, beneficiary,<br>or successor to Frederick<br>Laufer, M.D. and Laura Walsh<br>as Tenants by the Entireties and<br>Brian Kaufman, individually<br>and as assignee,<br>beneficiary or successor to<br>Richard F. Kaufman and<br>Morma vs. Kaufman, Trustees<br>of Kaufman Revocable Living<br>Trust Dated January 30, 1996<br>vs. Wade Martin Rome |
| Megan W. Murray<br>Trenam Law<br>101 E Kennedy Blvd, Suite 2700<br>Tampa, FL 33602<br>Phone: 813-223-7474 | United States Bankruptcy Court<br>Middle District of Florida<br>Tampa Division        Chapter<br>11 Case No. 8:16-bk-06552-MGW | ICMfg & Associates, Inc. |

Exhibit II

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| **FIRM** | **CASE NUMBER** | **CASE NAME** |
|---|---|---|
| V. Stephen Cohen<br>Bajo Cuva Cohen Turkel, P.A.<br>100 N. Tampa St., Suite 1900<br>Tampa, FL 33602<br>Phone: 813-868-6162 | In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County Civil Division<br>Case No. 15-CA-001405 | Alegra Motorsports, LLC, vs. Hal Prewitt, Prewitt Enterprises, LLC, and Prewitt Management, LLC, / Prewitt Enterprises, LLC, a Florida limited liability company, vs. Alegra Motorsports, LLC, a Florida limited liability company, and Carlos M. de Quesada, an individual |
| Scott J. Johnson<br>Holland & Knight LLP<br>200 South Orange Ave., Suite 2600<br>Orlando, FL 32801<br>Phone- 407-244-1120 | In the Circuit Court of the Sixteenth Judicial Circuit In and For Pinellas County, Florida<br>Case No. 13-004396-CI | Lifesouth Community Blood Centers, INC., a Florida nonprofit corporation vs. Hutton Medical Services, LLC, a Delaware limited liability company |
| Robert Rocke<br>Rocke, McLean & Sbar, P.A.<br>2309 S MacDill Ave.<br>Tampa, FL 33629<br>Phone- 813-769-5600 | American Arbitration Association<br>Case No.: 01-15-0006-0642 | Reticare, Inc., a Delaware corporation vs. Tech Data Product Management, Inc., a Florida corporation |
| Douglas Szabo<br>Henderson, Franklin, Stearnes & Holt<br>1715 Monroe St.<br>Fort Myers, FL 33901<br>Phone: 239-344-1260 | In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida<br>Case No. 2015-CA-7137-0 | Design Pallets, Inc. vs. Lifdek Corporation; Joseph J. Dank; Chris Gabrys; and Neil Schopke |
| Marshall Rainey<br>Burr & Forman<br>201 N Franklin St., Suite 3200<br>Tampa, FL 33602<br>Phone: 813-367-5761 | In the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida<br>Civil Division<br>Case No. 2014-CA-001601 | Guyer Corral Ventures, LLC vs. Hughes Construction, Inc. vs. J. Gross Structures, Inc. and Pardue Masonry of Central Florida, Inc. |
| Kenneth G. Turkel<br>Bajo, Cuva, Cohen, Turkel<br>100 North Tampa Street, Suite 1900<br>Tampa, Fl 33602<br>Phone: 813-443-2199 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida General Civil Division<br>Case No. 18-CA-000225 | LDRV Holdings Corp. d/b/a Lazydays RV, a Delaware Corporation vs. REV Recreation Group, Inc. f/k/a Allied Recreation Group, Inc., a Delaware Corporation |

Exhibit II

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| Jonathan B. Sbar<br>Rocke, McLean & Sbar, P.A.<br>2309 S. MacDill Avenue<br>Tampa, FL 33629<br>Phone: 813-769-5600 | United States District Court<br>Middle District of Florida<br>Tampa Division<br>Case No. 8:17-cv-00190-T-23MAP | Financial Information<br>Technologies, LLC vs. iControl<br>Systems, USA, LLC |
| John A. Anthony<br>Anthony & Partners, LLC<br>201 North Franklin Street, Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-273-5616 | In the Circuit Court of the<br>Thirteenth Judicial Circuit<br>Hillsborough County, Florida<br>Civil Division<br>Case No. 16-CA-003845 | Slice & Rice, Inc. vs. CCP<br>Harbour Island, LLC |
| Ronald E. Bush<br>Bush, Graziano, Rice & Platter, P.A.<br>100 S. Ashley Drive, Suite 1400<br>Tampa, Florida 33602<br>Phone: 813-302-1418 | In the Circuit Court of the Sixth<br>Judicial Circuit in and for Pasco<br>County, Florida Civil Division<br>Circuit Civil Case No. 2015 CA<br>1442 WS | Doreen L. Gilbert and Allen F.<br>Gilbert vs. Jennifer D. Nuss,<br>M.D., Carolyn E. Johnstone,<br>M.D., Florida EM-I Medical<br>Services, P.A., Baxley<br>Emergency Physicians, LLC,<br>Siddharth H. Shah, M.D.,<br>Siddharth H. Shah, M.D., P.A.,<br>d/b/a Bay View Neurology,<br>Shiv K. Aggarwal, M.D., Shiv<br>Aggarwal, M.D., P.A., and New<br>Port Richey Hospital, Inc.,<br>d/b/a Medical Center of Trinity |
| William J. Schifino, Jr.<br>Burr Forman<br>201 N. Franklin St. Suite 3200<br>Phone: 813-221-1764 | American Arbitration<br>Association<br>Case No. 16-000751-CA | Jefferson Trupp, M.D. vs.<br>Panama City Urological Center,<br>P.A., a Florida Professional<br>Association; Advanced Urology<br>Institute, L.L.C., a Florida<br>Limited Liability Company |
| Luis Santos<br>Ford Harrison<br>101 E. Kennedy Blvd. Suite 900<br>Tampa, FL 33602<br>Phone: 813-261-7852 | In the Circuit Court of the<br>Thirteenth Judicial Circuit in<br>and for Hillsborough County,<br>Florida Civil Division<br>Case No. 17-CA-1588 | Sharon D. Ford vs. Lincare<br>Holdings Inc. |
| James C. Valenti<br>James C. Valenti, P.A.<br>500 S. Florida Ave., Suite 410<br>Lakeland, FL 33801<br>Phone: 863-937-6056 | In the Circuit Court of the Tenth<br>Judicial Circuit in and for Polk<br>County, Florida Civil Division<br>Case No. 2016-CA-000137 | David Ricketts vs. Fleetwing<br>Corporation, a Florida<br>Corporation |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| John A. Anthony<br>Anthony & Partners, LLC<br>201 North Franklin Street, Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-273-5616 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida<br>Case No. 16-CA-005311 | Jackson's Bistro and Bar, L.C., a Florida limited liability company vs. CCP Harbour Island LLC, a Florida limited liability Company |
| Clif Curry<br>Curry Law Group, P.A.<br>750 Lumsden Rd.<br>Brandon, Florida 33511<br>Phone: 813-653-2500 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, State of Florida Family Law Division | Keri Clare, Petitioner/Former Wife, and Michael P. Clare, Respondent/Former Husband |
| Scott A. Stichter<br>Stichter Riedel Blain & Prosser, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, Florida 33602<br>Phone: 813-229-0144 | United States Bankruptcy Court Middle District of Florida Tampa Division<br>Case No. 8:16-bk-10109-MGW | John Allen Yanchunis, Sr. vs. James Hoyer, P.A., f/k/a James, Hoyer, Newcomer & Smiljanich, P.A., f/k/a James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A.; Founders Funding Group, LLC; W. Christian Hoyer; and John R. Newcomer, Jr., and Nancy Harrison |
| Richard T. Heiden<br>Richard T. Heiden, P.A.<br>2723 State Road 580<br>Clearwater, Florida 33761<br>Phone: 727-771-7888 | American Arbitration Association<br>AAA Docket Number: 01-18-0002-2077 | American Income Life Insurance Company vs. Abdel Alkurdi, a/k/a Abdel Al-Kurdi, a/k/a Al Kirby, a/k/a Al Alkurdi, a/k/a Abdel Latif Ahirab Al-Kurdi and Innovative Insurance Brokers, Inc., a New York corporation |
| Chris Haaf<br>Kilpatrick Townsend & Stockton, LLP<br>1001 W 4th Street<br>Winston-Salem, North Carolina 27101<br>Phone: 336-607-7300 | In the United States District Court for the Middle District of Florida Tampa Division<br>Case No. 8:18-cv-00577-VMC-MAP | Movement Mortgage, LLC vs. AmeriFirst Financial Corporation d/b/a AmeriFirst Home Mortgage |
| J. Todd Timmerman<br>Shumaker<br>101 E Kennedy Blvd., Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-227-2243 | United States District Court for the Northern District of Ohio Western Division<br>Case No. 3:18-cv-00831 | Spartan Chemical Company, Inc. vs. Ecolab Inc. |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|------|-------------|-----------|
| Frank R. Jakes<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>401 E Jackson Street, Suite 3100<br>Tampa, Florida 33602<br>Phone: 813-225-2500 ext. 2050 | In the United States District Court for the Middle District of Florida Tampa Division<br>Case No. 8:18-cv-00644-JSM-JSS | K.E.L.K. Corp., f/k/a Solar Sense Corporation, a Florida corporation vs. CCA Industries, Inc., d/b/a Core Care America, a Delaware corporation |
| John A. Anthony<br>Anthony & Partners, LLC<br>201 N Franklin Street, Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-273-5066 | In the United States District Court Middle District of Florida Tampa Division<br>Case No. 8:16-cv-00088-CEH-JSS | Centennial Bank, an Arkansas state chartered bank vs. ServisFirst Bank, Inc., an Alabama state chartered bank, Gregory W. Bryant, an individual, Patrick Murrin, an individual, Gwynn Davey, an individual, and Jonathan Zunz, an individual |
| Robert vs. Williams<br>Burr & Forman LLP<br>201 N Franklin Street, Suite 3200<br>Tampa, Florida 33602<br>Phone: 813-367-5712 | In the Circuit Court of the Thirteenth Judicial Circuit In and for Hillsborough County, Florida Complex Business Litigation Division<br>Case No. 17-CA-009893 | Linda J. Lack, an individual vs. Stephen W. Jones, an individual, SimPhonics, Inc., a Florida corporation, and Vplus, a Florida corporation |
| Dominick J. Graziano<br>Bush Graziano Rice & Platter, P.A.<br>101 E Kennedy Blvd., Suite 1700<br>Tampa, Florida 33602<br>Phone: 813-228-7000 | In the Circuit Court of the Twentieth Judicial Circuit, in and for Charlotte County, Florida<br>Case No. 17-000511-CA | Wood Carvers Supply, Inc., a foreign corporation authorized to do business in Florida, Master Carver, Inc., a Florida corporation, Timothy C. Effrem and Deborah E. Effrem, Individuals vs. Paradise Foam, LLC, a Florida limited liability company, Grande Aire Services, Inc., a Florida corporation |
| Stephenie Anthony<br>Anthony & Partners, LLC<br>201 N Franklin St., Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-273-5616 | United States Bankruptcy Court Middle District of Florida Fort Myers Division<br>Case No. 9:18-bk-06721<br>Chapter 11 | Periwinkle Partners LLC, a Florida limited liability company |
| Robert M. Quinn<br>Carlton Fields<br>4221 W. Boy Scout Blvd., Suite 1000<br>Tampa, Florida 33607<br>Phone: 813-229-4217 | United States District Court Middle District of Florida Tampa Division<br>Case No. 8:18-cv-1155-T-36-AAS | Amalie Oil Company vs. TC Chemicals, LLC d/b/a Third Coast Chemicals, Third Coast Chemicals, LLC, and Third Coast Chemicals, Ltd. |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| Edmund S. Whitson III<br>Adams and Reese, LLP<br>101 E. Kennedy Blvd., Suite 4000<br>Tampa, Florida 33602<br>Phone: 813-227-5542 | United States Bankruptcy Court<br>Middle District of Florida<br>Tampa Division<br>Case No. 8:13-bk-06864-CED | Able Body Temporary Services, Inc., Westward Ho, LLC, Westward Ho II, LLC, PreferAble People HQ, LLC, Cecil B Bedoone, LLC, ABTS Holdings, LLC, Professional Staffing - A.B.T.S., Inc., Rotrpick, LLC, YJNK II, Inc., Organized Confusion, LLP, USL&H Staffing, LLC, YJNK VIII, LLC, Training U, LLC, YJNK XI CA, LLC, YJNK III, INC., Able Body Gulf Coast, Inc. vs. Regions Bank |
| William E. Grob<br>Ogletree Deakins Nash Smoak & Stewart, P.C.<br>100 N. Tampa St., Suite 3600<br>Tampa, Florida 33602<br>Phone: 813-221-7228 | In the Circuit Court of the 17th Judicial Circuit, In and For Broward County, Florida<br>Case No. 13-07421(25) | Land & Sea Petroleum Holdings, Inc. vs. Steven Leavitt and Atlas Oil Supply Company of Florida, a/k/a Atlas Oil Company |
| John Barr<br>Law Office of John M. Barr, P.C.<br>4105 Stuart Ave.<br>Richmond, VA 23221<br>Phone: 804-269-5078 | In the Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida Civil Division<br>Case No. 15-CA-001112 DIV: G | Dr. Wanda Espinoza-Cruz vs. Florida EM-I Medical Services, P.A., EmCare, Inc. and HCA, Inc. |
| Pedro F. Bajo Jr.<br>Bajo Cuva Cohen Turkel<br>100 N. Tampa St., Suite 1900<br>Tampa, Florida 33602<br>Phone: 813-443-2199 | In the Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida Civil Division<br>Case No. 19-CA-00740<br>Division: F | Counsel Financial Services, LLC vs. Barry A. Cohen P.A., a Florida corporation |
| Stuart J. Levine<br>Walters Levine Lozano DeGrave<br>601 Bayshore Blvd., Suite 720<br>Tampa, Florida 33606<br>Phone: 813-295-6930 | In the United States District Court For the Middle District of Florida Tampa Division<br>Case No. 8:14-cv-00775-SDM-AAS | Zurich American Insurance Company vs. John Edward Walker Hardin, Leasing Resources of America 4, Inc., and Cohesive Networks, Inc. |
| Patrick G. Gilligan<br>Gilligan, Gooding, Franjola & Batsel, P.A.<br>1531 SE 36th Avenue<br>Ocala, Florida 34471<br>Phone: 352-867-7707 | In the Circuit Court of the Fifth Judicial Circuit, In and For Marion County, Florida<br>Case No. 2016-2192-CA-B | Insurance Office of Raymond N. Strickland, Jr., Inc. vs. Vicki L. Graves, Insurance Office of America, Inc., Christopher Labrecque, Anthony Tatum, James Powell, and Kelsey Haas |

8

Exhibit II

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|------|-------------|-----------|
| John A. Anthony<br>Anthony & Partners, LLC<br>201 N Franklin Street, Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-273-5066 | In the Circuit Court For the Tenth Judicial Circuit In and For Polk County, Florida Civil Division<br>Case No. 2018CA-004914 | William Bostick, III, an individual vs. Commercial Warehousing, Inc., a Florida Corporation |
| George L. Guerra<br>Wiand Guerra King<br>5505 W. Gray Street<br>Tampa, Florida 33609<br>Phone: 813-347-5102 | In the Circuit Court of the Sixth Judicial Circuit In and For Pinellas County, State of Florida Civil Division<br>Case No. 18-004339-CI | Aileron Holdings, LLC, a Florida limited liability company, Aileron Investment Management, LLC, a Florida limited liability company, Aileron Re Opportunities Fun I, LLC, a Florida limited liability company vs. Joseph R. Bonora, an individual, JRB Holdings, LLC, a Florida limited liability company, Michael S. Maguire, an individual, Bryn Capital Advisors II, Incorporated, a Florida corporation, Justin Blackhall, an individual, Blackhall, P.C., a New York professional corporation, and Silver Hawk Loan Services, LLC, a Delaware limited liability company |
| Brian T. McElfatrick<br>Bush Ross, P.A.<br>1801 N. Highland Avenue<br>P.O. Box 3913<br>Tampa, Florida 33601<br>Phone: 813-224-9255 | The Arbitration Tribunals of the American Arbitration Association<br>Case No. 01-18-0001-7801 | Avivah Digital Commerce, LLC, and Glenn Trommer vs. Experimac Franchising, LLC |
| James S. Myers<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>201 E. Kennedy Boulevard<br>Suite 815<br>Tampa, Florida 33602<br>Phone: 813-285-5515 | In the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida<br>Case No. 2019-CA-006111-O | Stacy Dalton as Personal Representative of the Estate of Robert P. Dalton, Jr. vs. Epoch Properties, Inc.; EPI Maitland, LLC; and Epoch Maitland Station Apartments, LLC |

Exhibit II

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| **FIRM** | **CASE NUMBER** | **CASE NAME** |
|---|---|---|
| Mark M. Wall<br>Hill Ward Henderson<br>101 E. Kennedy Boulevard<br>Suite 3700<br>Tampa, Florida 33602<br>Phone: 813-221-3900 | In the Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida<br>Case No. 17-CA-000374 | 3MT Investments, LLC and 3MT Investments, LLC as member and manager of an on behalf of Fuel Investments & Development, LLC v. DTT Acquisition Group, LLC, Downtown Acquisition Group, LLC, Fuel Group, LLC, Green Downtown Tampa, LLC, Jai Lak Wani, Vani Lalwani, and Kiran c. Patel |
| Dwight Lueck<br>Barnes & Thornburg, LLP<br>11 South Meridian Street<br>Indianapolis, Indiana<br>Phone: 317-236-1313 | In the United States District Court for the Middle District of Florida Tampa Division<br>Case No. 8:19-cv-01731-VMC-SPF | Delta T, LLC v. Dan's Fan City, Inc. and TroposAir, LLC |
| George Guerra<br>Wiand Guerra King<br>5505 West Gray Street<br>Tampa, Florida<br>Phone: 813-347-5102 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Circuit Civil Division<br>Case No. 17-CA-8085-L | MGQ & Associates, Inc. v. Lee A Nimmo |
| John Anthony<br>Anthony & Partners, LLC<br>100 South Ashley Drive<br>Suite 1600<br>Tampa, Florida<br>Phone: 813-273-5616 | United States Bankruptcy Court Middle District of Florida Tampa Division<br>Case No. 8-19-BK-09946-CED<br>Chapter 11 | Heritage Hotel Associates, LLC |
| Suzanne E. Gilbert<br>Holland & Knight<br>200 South Orange Avenue<br>Suite 2600<br>Orlando, Florida<br>Phone: 407-244-1142 | In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida<br>Case No. 2016-CA-004588-O | The Florida Department of Financial Services, as Receiver for Physicians United Plan, Inc. v. Pacific Western Bank Corporation |
| Kevin Zwetsch<br>Cantrell Zwetsch, P.A.<br>401 E. Jackson Street<br>Suite 2340<br>Tampa, Florida<br>Phone: 813-448-2085 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida<br>Case No. 15-CA-002217 | Claimcor, LLC v. Jeremy Menard, Warren Ritter and Menard Adjusting |

Exhibit II

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| **FIRM** | **CASE NUMBER** | **CASE NAME** |
|---|---|---|
| Scott Hutchens<br>Weekley Schulte Valdes, LLC<br>1635 North Tampa Street, Suite 100<br>Tampa, Florida 33602<br>Phone: 813-221-1154 | In the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida<br>Case No. 2019-CA-002295000 | Christi Wadsworth v. A & CC Express, Inc. and Abraham J. Cannon |
| Brad Barrios<br>Bajo Cuva Cohen Turkel<br>100 North Tampa Street, Suite 1900<br>Tampa, Florida 33602<br>Phone: 813-443-2199 | In the United States District Court for the Middle District of Florida Tampa Division<br>Case No. 8:20-cv-1469-T-30JSS | Smart Communications Holding, Inc. v. Correct Solutions, LLC, a/k/a Correct Solutions Group, LLC |
| Thomas S. Cargill<br>Morgan & Morgan<br>20 North Orange Avenue, Suite 1600<br>Orlando, Florida 32801<br>Phone: 407-245-3518 | In the Circuit of the Ninth Judicial Circuit in and for Orange County, Florida<br>Case No. 2020-CA-005834-O | Michael Mosler, II v. Seasons Service Select, LLC |

**INFORMATION CONSIDERED-**
Pursuant to Production Letters accompanying these documents, all records are deemed
CONFIDENTIAL

- CBP Restricted Stock Agreement (execution) FH 0000001-000016
- [completed] Amendment No 1 to FreightHub Series A SPA v4 (RPCK Draft)
- 180121.Fr8Hub-Cambridge Termsheet
- A. Intrater Bridge $150,000 04032018
- A. Intrater Note 2
- Adoption Agreement CBP
- Adoption Agreement for Voting Agreement
- Adoption Agreement for Voting Agreement (execution)
- Adoption Agreement for Voting Agreement copy
- Alon Gorbonos Options (fully executed)
- Alon Gorbonos Settlement (fully executed)
- Amended Notes
- Amendment No 1 to FreightHub IRA (executed)
- Amendment No 1 to FreightHub Series A SPA (2020-07-28)_FINAL copy
- Amendments to FreightHub Voting Agreements
- Amendment No. 2 Merger Agreement Signed
- Amendment to Convertible Loan Agreement - (Executed)
- Amendment to FreightHub Distribution Agreement - 10Dec2020
- Annex 1 - 2018 Stock Incentive Plan Amendments
- Annex 10 - CEO Employment Agreement
- Annex 11 - CFO Employment Agreement
- Annex 12 - President Services Agreement
- Annex 13 - Form of CTO Offer Letter
- Annex 14 - ATW Opportunities Management Services Warrant
- Annex 15 - Form Board Services Agreement
- Annex 2 - 2019 Form Option Amendment
- Annex 4 - 2020 Form Option Grant Documentation
- Annex 5 - Ohad Replacement Grant Documentation
- Annex 6 - Third Amended and Restated Certificate of Incorporation (as filed)

## INFORMATION CONSIDERED-
Pursuant to Production Letters accompanying these documents, all records are deemed
CONFIDENTIAL

- Annex 7 - Bridge Financing CNPA
- Annex 8 - 90 Day Note
- Annex 9 - PIPE Financing Terms
- Answer, Affirmative Defenses and First Amended Counterclaims of Defendant Freighthub, Inc.
- Answer, Affirmative Defenses, and Counterclaims of Defendant Freighthub, Inc.
- ATW - FreightHub Bridge Loan Note v1 (RPCK) (2020.09-15)
- ATW Bridge Note
- ATW Fund I
- ATW Fund I FreightHub Side Letter (Execution Version)
- ATW Fund I Sale and Assignment 04252017
- ATW-Fr8Hub Convertible Bridge Note (Execution Version)
- BNSG
- BNSG LLC Bridge 2 Note 10042018
- BNSG LLP 04102018 copy 2
- Closing Set (1)\FH Signatures (CLA, Side Letter, Security Agreement, TM Security Agreement)
- Closing Set (1)\First Amended and Restated COI- Executed
- Closing Set (1)\Form of Borrowing Notice (FE 15NOV2018)
- Closing Set (1)\FreightHub - Note Amendment- 2nd Bridge Notes-Executed
- Closing Set (1)\FreightHub - Note Amendment to 1st Bridge Notes-Executed
- Closing Set (1)\FreightHub - Note Amendment to First Notes-Executed
- Closing Set (1)\FreightHub - Note Amendment to Second Notes-Executed
- Closing Set (1)\FreightHub - SQN Addendum (FE 15NOV2018)
- Closing Set (1)\FreightHub - Voting Agreement (Existing Stockholders)-Executed
- Closing Set (1)\FreightHub -ATW - PC Legal Opinion (Executed)
- Closing Set (1)\Freighthub Inc. - Stockholders Consent (12NOV2018)-Fully Executed
- Closing Set (1)\FreightHub Inc.- First AR COI (09NOV2018)
- Closing Set (1)\FreightHub Promissory Note ATW Tranche A-1 FINAL (15NOV2018)
- Closing Set (1)\FreightHub – Meeting Minutes (FE 14NOV2018)
- Closing Set (1)\Officer's Certificate- Executed
- Closing Set (1)\Perfection Certificate FINAL- Executed

## INFORMATION CONSIDERED-
Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL

- Closing Set (2)\1 - FreightHub Loan Agreement FINAL (2018.11.16) (FULLY EXECUTED)
- Closing Set (2)\2 - FreightHub Security Agreement FINAL (2018.11.16) (FULLY EXECUTED)
- Closing Set (2)\3 - Trademark Security Agreement FINAL (2018.11.16) (FULLY EXECUTED)
- Closing Set (2)\4 - Perfection Certificate FINAL (2018.11.16) (FULLY EXECUTED)
- Closing Set (2)\5 - Officer's Certificate FINAL (FULLY EXECUTED)
- Closing Set (2)\6 - FreightHub- UCC-1 FINAL (2018.11.16)
- Closing Set (2)\7 - FreightHub - ATW - PC Legal Opinion (FULLY EXECUTED)
- Closing Set (2)\8 - FreightHub Promissory Note ATW Tranche A-1 FINAL (2018.11.16) (FULLY EXECUTED)
- CN Partners NPA and Note 1 (all tranches) executed
- Complaint
- Counterpart Signature Page to ROFR Agreement
- Daniel J. Krifcher Revocable Trust 02282018
- Declaration of Gift from Intrater to Trust (FR8Hub)
- DelMar Bridge $100,000
- E. Resendez Note 1
- Emanuel Zareh Executed Stock Option Grant and Option Agreement August2019
- Enrique Resendez
- Executed - K. Propper - Freighthub Agreement
- Executed Options for Clemente, Jaime, Jesus and Laura 082619
- Execution Copy Fr8Hub Note -ATW Fund I $200k 03302017
- Executive Employment Agreement - Javi Selgas (executed)
- Executive Employment Agreement - Paul Freudenthaler (executed)
- Exhibit A - Notice of Exercise
- Exhibit B - Power of Attorney and Proxy
- EXHIBIT A – Adoption Agreement
- First Amendment to Convertible Loan Agreement- Fully Executed May 10th
- Flinker Services Agreement - executed
- Fourth Amended and Restated Certificate of Incorporation (Final Version)
- FR8Hub - Joinder Agreement and Replacement Note - XFer to JADI (fully executed)
- Fr8Hub ATW Bridge Financing Convertible NPA (execution)

| INFORMATION CONSIDERED- |
|---|
| Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL |

- Fr8Hub Bridge Financing Convertible NPA (Final Executed)
- Fr8Hub Bridge Financing Note - Andrew Intrater - CANCELLED
- Fr8Hub Bridge Financing Note - Andrew Intrater (executed)
- Fr8Hub Bridge Financing Note - ATW Master Fund II (executed)
- Fr8Hub Bridge Financing Note - BNSG (executed)
- Fr8Hub Bridge Financing Notes - Emanuel Zareh, Grays West , Ignacio Mounetou, Jason Epstein, Kerry Propper , M&M Energy Investors,  Michael Richter , Ramiro Menchaca II, Ramiro Menchaca Sr, Sharbaugh Trust , Winston Churchill, Yaron Eitan, and Yuri Kokush
- FR8Hub- Loeb Escrow Agreement (Hudson) Executed
- Fr8Hub Note J. Epstein 04032017
- Fr8Hub note purchase agreement
- Fr8Hub PIPE SPA Purchaser Signature Pages (Intrater and JADI)
- Fr8Hub Replacement Bridge Financing Note for JADI Trust (final executed)
- Fr8Hub ROFR Waiver (execution)
- FreightHub - Note Amendment to First Notes
- FreightHub - Note Amendment to Second Notes
- Freighthub - Notice of Stock Option Grant and Option Agreement - 506(b) - E. Zareh (1)
- FreightHub Convertible Note
- FreightHub Distribution Agreement - [Executed] - 14Sep2020
- FreightHub Inc. - 2nd Amendment to 2nd Bridge Notes (EXECUTED)
- FreightHub Inc. - 2nd Amendment to First Notes (EXECUTED)
- FreightHub Inc. - 2nd Amendment to Second Notes (EXECUTED)
- FREIGHTHUB INC. - DE - RESTATED (002) - filed with DE SOS
- Freighthub Inc. - Stockholders Consent (12NOV2018)-Fully Executed
- FreightHub Inc. NPA and Note - BNSG LLP 05262017
- FreightHub Inc. NPA and Note - Sharbaugh Trust
- FreightHub Inc. NPA and Note 2 - Executed version 7feb2017
- FreightHub Inc. NPA and Note 2 - Pishinano
- Freighthub Inc. PearlCohen warrant signed (19AUG 2020)
- FreightHub Inc. signed NPA and Note - BNSG LLP 05262017 copy
- FreightHub Loan Agreement v9 FINAL EXECUTION (2018.11.13) Signature Page (ATW)

Exhibit 41P

| | |
|---|---|
| | **INFORMATION CONSIDERED-** <br> Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL |

| | |
|---|---|
| • | FreightHub Note Purchase Agreement |
| • | FreightHub Security Agreement v5 RPCK FINAL EXECUTION (2018.11.13) Signature Page (ATW) |
| • | Freighthub Stock Incentive Plan (including Amendments) |
| • | FreightHub, Inc. - 2nd Amendment to 1st Bridge Notes (EXECUTED) |
| • | FreightHub, Inc. - ATW Partners Opp Mgmt LLC Services Warrant - 9.30.2020 |
| • | FreightHub, Inc. - Board Consent (Bridge Financing to Series A)(13FEB20) (Executed) |
| • | Freighthub, Inc. - Cap Table (Final) (19MAY20) CONFIDENTIAL FH0003115 |
| • | FREIGHTHUB, INC. - DE - RESTATED |
| • | FreightHub, Inc. - Grays West Warrant |
| • | FreightHub, Inc. - Ignacio Mounetou Warrant |
| • | FreightHub, Inc. - Indemnification Agreement (Antonio Ruiz-Gimenez) (Edmundo Gonzalez)  (Jack Liu) (Kerry Propper) (EXECUTED) |
| • | FreightHub, Inc. - PC Warrant (EXECUTED) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\Freighthub Inc. - Stockholders Consent (12NOV2018)-Fully Executed |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\Freighthub, Inc. - Cap Table (Final) (19MAY20) CONFIDENTIAL FH0003115.xlsx |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. - Compliance Certificate - (EXECUTED) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FREIGHTHUB, INC. - DE - GS (MAY2020) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FREIGHTHUB, INC. - DE - RESTATED |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. - Disclosure Schedule - (Final) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. - Grays West Warrant - (EXECUTED) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. - Indemnification Agreement (Antonio Ruiz-Gimenez) (EXECUTED) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. - Indemnification Agreement (Edmundo Gonzalez) (EXECUTED) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. - Indemnification Agreement (Jack Liu) (EXECUTED) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. - Indemnification Agreement (Kerry Propper) (EXECUTEDI) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. - PC Warrant (EXECUTED) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. - Secretary's Certificate (EXECUTED) |
| • | Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. - Stockholders Consent - Series A (EXECUTED) |

Exhibit 11P

| | |
|---|---|
| **INFORMATION CONSIDERED-** | |
| Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL | |

- Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. Bridge Financing - Investor Consent & Waiver - (executed)
- Freighthub, Inc. - Series A Preferred Stock - Initial Closing (19MAY2020)\FreightHub, Inc. Bridge Financing - Investor Consent & Waiver - (fully executed)
- FreightHub, Inc. - Stockholders Consent - Series A (EXECUTED)
- FreightHub, Inc. - Transaction Document - Investors' Rights Agreement - (EXECUTED)
- FreightHub, Inc. - Transaction Document - Right of First Refusal Agreement - (19MAY2020) (Final)
- FreightHub, Inc. - Transaction Document - Series A Purchase Agreement - (EXECUTED)
- Freighthub, Inc. - Transaction Document - Voting Agreement - (EXECUTED)
- FreightHub, Inc. Bridge Financing - Investor Consent & Waiver - (executed)
- FreightHub, Inc.- Bridge Loan Promissory Note (2.14.2020) (Executed by Company)
- Freighthub, Inc. – Restructuring Signature Packet
- Freighthub Inc. – Notice of Stock Option Grant and Option Agreement (Ohad Axelrod)
- Freighthub Inc. – Option Grant Receipt (Ohad Axelrod) - executed
- Freighthub Sig Pack- ATW Master Fund I and II
- Grays West Note 1
- Grays West Ventures
- Grays West Warrant Amendment v2 (RPCK 7.28.2020).docx
- Highline Counterpart Signature Page to ROFR Agreement (execution)
- Highline Restricted Stock Agreement (execution) FH 0000017-000032
- Highline Restricted Stock Agreement (RPCK 2020.8.26) (execution)
- Hudson Capital Fr8Hub Letter Agreement (Executed)
- Hudson Capital Freighthub- Loeb Escrow Agreement Executed
- HUDSON OFFER TERMSHEET 20200610 - Executed
- Freighthub - Notice of Stock Option Grant and Option Agreement - 506(b) Highline
- Fr8Hub Bridge Financing Convertible NPA (Final Executed)
- Fr8Hub Bridge Financing Note - ATW Opportunities Master Fund (executed) - $1.5M
- Freighthub, Inc. - Transaction Document - Voting Agreement - (EXECUTED)
- Chardan Engagement Letter 050620 (Clean)
- Fr8Hub Bridge Financing Note - ATW Opportunities Master Fund (executed) - $550,425
- Interrogatory 9\Fr8hub Cap Table 03.09.21
- Intrater - JADI Trust Amendment and Assignment v1 (RPCK Draft) (2021-02-...

Exhibit 11P

# INFORMATION CONSIDERED-

Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL

- Intrater and CN Partners
- Intrater Bridge $100,000 02142018
- Jaime Garza option grant
- Joinder Agreement- Pishinano Investment Holdings Ltd FULLY EXECUTED
- Joinder Agreement Signatures (Epstein, Dworman and Resendez)
- Joinder Signature Pages
- Key Holder - CBP
- KT4 Parnters - Subordination Signature Page-signed
- M and M Energy Investors LLC Bridge $10,000 02162018 signed
- Marroquin Note 1
- Maya Yeshurun Executed stock plan July 2019
- Merger Agreement
- Michael Richter
- Moran Executed Stock Option Grant and Option Agreement Jan2020
- Mounetou Signature Pages Note 1 and 2
- N. Rocha Note 1
- NOTICE OF EXERCISE - Grays West Ventures and Ignacio Mounetou
- Notice of Stock Option Grant and Option Agreement - 506(b) CBP
- Notice of Stock Option Grant and Option Agreement - Ohad Axelrod (executed)
- Ohad Axelrod Executed stock plan May 2019
- Ohad Option Grant Receipt (executed)
- Oren Charnoff NPA and Note 2
- Oren Charnoff Sale and Assignment of Note 1
- PIPE Financing\Company Sig Page - FreightHub PIPE SPA (Execution Version)
- PIPE Financing\Fr8Hub PIPE SPA Purchaser Signature Pages (Zareh)
- PIPE Financing\FreightHub PIPE SPA (Execution Version)
- PIPE Financing\SPA Schedules A and B - to be completed
- Pishinano Bridge $75,000 06082018
- Please DocuSign ATW- FreightHub Bridge Loan
- Production Letters

# INFORMATION CONSIDERED-
Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL

- Project Transit  Disclosure Schedules
- REM NPA and Note - Executed
- Replacement Note Grays West Sale from Marroquin
- Restricted Stock Agreement -  CBP
- Sale and Assignment to ATW Fund Note 1
- Sale and Assignment to Grays West Note1
- Sharbaugh Trust
- Signature Mounetou Sale and Assignment
- Signature page Mounetou for replacement note
- SPA - Kerry Fr8Hub Share Donations (Execution Version) (2020-12-23)
- SPA - KP Fr8Hub Share Donation Agreement KCA (Execution Version) (2020-12-23)
- SPA - KP Fr8Hub Share Donation Agreement Nadias Initiative  (Execution Version) (2020-12-23)
- Stock Incentive Plan - CBP
- Summary
- Tab 1 - Loan Agreement
- Tab 7(a) - Note Amendment to First Notes
- Tab 7(b) - Note Amendment to Second Notes
- Tab 7(c) - Note Amendment to 1st Bridge Notes
- Tab 7(d) - Note Amendment- 2nd Bridge Notes
- Trademark Security Agreement v2 FINAL EXECUTION (2018.11.13) Signature Page (ATW)
- Tranche B-1 Funding Notice RPCK v1 (2019.05.03).docx
- W. Churchill Fr8Hub 2-16-18
- Warrant Assignment Agreement v3 (RPCK 7.28.2020).docx
- Y. Kokush Bridge $140,000 06082018
- YCPA Restricted Stock Agreement v3 (RPCK 2020.9.1) - execution
- Yuri Kokush $100,000
- Freighthub, Inc. Responses to Plaintiff's First Request for Production
- Freighthub, Inc. Response to First Set of Interrogatories
- SEC Order
- Any follow-up on our phone call, re BGSA

Exhibit 11P

## INFORMATION CONSIDERED-
Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL

| | |
|---|---|
| ● | Bridge to round |
| ● | FreightHub - BOD Consent (Convertible Loan) (07NOV2018) |
| ● | Re  Fr8Hub updates |
| ● | Re  Intro to Nora Lee Notzon |
| ● | RE Fr8HUB_ATW Transaction - Data Room Update |
| ● | Re FreightHub Revised Loan Agreement |
| ● | RE FreightHub Stockholder Board Resolutions |
| ● | Screenshot 20201211 075712 |
| ● | Argentum |
| ● | BGSA Supply Chain Conference 2018 Feedback Form - Must fill out before Sunday to win discounts for next year! |
| ● | BGSA Supply Chain Conference 2018 Feedback Form - Only a few hours left to win a discount for next year! |
| ● | BGSA Supply Chain Conference 2018 Feedback Form and Attendee List |
| ● | BGSA Supply Chain Conference 2018 Technology Spotlight |
| ● | Books and Records Demand |
| ● | Conference meetings update |
| ● | Early Bird Registration ends in 8 days |
| ● | Engagement Agreement |
| ● | Expeditors |
| ● | Expeditors-Fr8Hub-BGSA call |
| ● | financials |
| ● | Fr8Hub - Due Diligence Questions |
| ● | Fr8Hub update |
| ● | Fr8Hub-eShipping demo |
| ● | Freighthub Side Letter (CLEAN 07NOV2018) v2 |
| ● | Freighthub Side Letter (CLEAN 07NOV2018)(RPCK Comments) v2 |
| ● | FW  BGSA Supply Chain Conference 2018 Technology Spotlight |
| ● | FW  Echo  Fr8Hub |
| ● | FW  Fr8Hub Docs for Ben |
| ● | FW  Fr8Hub financial statments |
| ● | FW  mutual introduction - and discussion about Fr8Hub 3 |

Exhibit 11P

# INFORMATION CONSIDERED-
Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL

| | |
|---|---|
| ● | FW  Redwood-Fr8Hub call |
| ● | FW  Series A investment opportunity - Fr8hub |
| ● | FW  what do you think of Fr8Hub |
| ● | Fw  YPO Deal Business Angels Weekly Digest 5 - 12 May 2018 |
| ● | Fw BG Strategic Advisors, LLC |
| ● | Fwd Fr8Hub update |
| ● | Fwd Fr8Hub |
| ● | Fwd Information Request Forms |
| ● | article on evaluating logistics technology deals |
| ● | article on transportation and technology |
| ● | Invoice |
| ● | Letter Demand |
| ● | Matt Silver launches cross-border brokerage Forager Logistics |
| ● | Mobile app Instructions for BGSA Supply Chain Conference 2018 |
| ● | Mutual introduction - and meeting at our conference |
| ● | Q1 2018 Financial Update |
| ● | RE  Access to data room |
| ● | RE  Argentum Group Call - Follow-up |
| ● | RE  BGSA client meetings - Invitation to edit |
| ● | RE  call 2 |
| ● | Re  Call Tuesday |
| ● | RE  call with expeditors |
| ● | RE  call |
| ● | RE  Celadon - Fr8Hub Meeting 2 |
| ● | RE  Celadon - Fr8Hub Meeting |
| ● | RE  CH Robinson |
| ● | Re  Chris George shared  Fr8hub External with Tech Details (signed NDA only)  with you |
| ● | RE  Clawback threshold for Variv Investment Committee Presentation |
| ● | RE  Co-investment opportunity 3 |
| ● | Re  Co-investment opportunity |

Exhibit III

# INFORMATION CONSIDERED-
Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL

| | |
|---|---|
| ● | Re  Conf Call  Delmar  Fr8Hub |
| ● | RE  Confirm payment |
| ● | RE  currency |
| ● | RE  Dan Lewis and Ben Gordon Call |
| ● | Re  Data request VARIV Capital |
| ● | Re  Data room for investors |
| ● | RE  data room |
| ● | Re  Delmar |
| ● | RE  DILA - FR8HUB - Cambridge Capital Discussion |
| ● | RE  Directional terms for Variv Capital's participation 2 |
| ● | RE  Directional terms for Variv Capital's participation |
| ● | RE  draft action plan |
| ● | Re  Due diligence review |
| ● | RE  Echo |
| ● | Re  feedback |
| ● | Re  finalizing investment thesis |
| ● | RE  First Round —-  Ben Gordon |
| ● | Re  Fr8Hub - BGSA Discussion |
| ● | Re  Fr8Hub - Change of plans |
| ● | Re  Fr8Hub - Comet Labs call |
| ● | RE  Fr8Hub  OurCrowd |
| ● | various emails Re  Fr8Hub |
| ● | RE  Fr8Hub answers to NFI questions |
| ● | various emails Re Fr8Hub Business Model |
| ● | Re  Fr8Hub client interviews |
| ● | RE  Fr8Hub diligence and investor approach - the road to closing |
| ● | RE  Fr8Hub Due Diligence 2 |
| ● | RE  Fr8Hub Due Diligence |
| ● | RE  Fr8Hub financial statements |
| ● | Re  Fr8hub Halbert call |

## INFORMATION CONSIDERED-
Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL

| | |
|---|---|
| ● | Re  Fr8Hub updates |
| ● | RE  Fr8Hub update call |
| ● | RE  Fr8Hub update |
| ● | RE  Fr8Hub valuation |
| ● | Re  Fr8Hub |
| ● | Re  Fr8Hub-Solent call |
| ● | RE  fyi - had a great call with Rafa about Fr8Hub |
| ● | RE  good luck with Delmar |
| ● | Re  Good news with Variv |
| ● | Re  how did the rest of your Laredo meetings go |
| ● | Re  info request |
| ● | Re  Intro 3 |
| ● | Re  Intro to Fr8Hub with Ohad |
| ● | RE  Intro |
| ● | RE  investors list |
| ● | RE  Jim Isbell Conference Invitation  Fr8Hub Call |
| ● | RE  Laredo Visit |
| ● | RE  Maersk |
| ● | Re  meeting with Alpha Square on Tuesday 2 6 |
| ● | RE  Mexpress |
| ● | Re  Mexpress-Fr8Hub intro |
| ● | RE  mutual introduction - and discussion about Fr8Hub |
| ● | Re  mutual introduction |
| ● | RE  NFI |
| ● | RE  Ohad visit to Montreal |
| ● | RE  on call w Ocean Azul |
| ● | Re  On our way |
| ● | Re  Pegasus- Fr8hub |
| ● | Re  possible compromise with Variv |
| ● | RE  Presentation decks |

## INFORMATION CONSIDERED-
Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL

- RE  questions from NFI
- RE  Redwood-Fr8Hub call
- RE  References on Fr8hub
- Re  review companies investors to intro
- Re  Scheduling call with potential co-investor
- RE  Term sheet
- RE  trip to Montreal for Delmar
- RE  Visit to Laredo and MTY
- RE  what do you think of Fr8Hub
- Re cancellation
- Re Fr8Hub
- Re Fr8Hub Term Sheet and Partnership
- RE Mexpress-Fr8Hub intro
- Response to Company's Books and Records Refusal
- Response to Company's Payment Refusal
- Save the Date RSVP - BGSA Supply Chain Conference 2021
- Side Letter
- Traxion and Grupo Hilasal
- updates
- Volvo-Fr8Hub call
- forms-4a
- BGSA Holdings LLC Stock Certificate
- FEDEX tracking
- Stock Certificate Cover Letter
- Confidential\Last tranche of Fr8Hub financing
- Confidential\Fr8Hub ATW May 2021 Bridge Financing Convertible NPA (Executed) - updated 6.23.2021
- Confidential\Fr8Hub ATW May 2021 Bridge Financing Convertible NPA (Execution Version)
- Confidential\Fr8Hub Final PIPE SPA Amendment No 1 (with Exhibits)
- Confidential\Fr8Hub Second Amendment (Final Execution Version)
- Confidential\FreightHub May 2021 Bridge Note ATW Master Fund II (Executed) - 6.23.2021

## INFORMATION CONSIDERED-

Pursuant to Production Letters accompanying these documents, all records are deemed CONFIDENTIAL

| | |
|---|---|
| ● | Confidential\FreightHub May 2021 Bridge Note ATW Opportunities Master (Executed) - 5.24.2021 |
| ● | Confidential\FreightHub May 2021 Bridge Note ATW Opportunities Master (Execution Version) |
| ● | Transcript of Paul Freudenthaler taken on 9.16.2021 with exhibits |

> # INFORMATION RECEIVED BUT NOT CONSIDERED-
> Pursuant to the Production Letter accompanying these documents, all records are deemed
> CONFIDENTIAL

- 171211.AC.BGSA-Fr8Hub engagements
- 171211.AC.BGSA-Fr8Hub signed engagement
- 171220.FreightHub-BGSA Stock Grant
- 190227.Freighthub Side Letter - clean and final
- 190227.Freighthub Side Letter (REDLINES 26FEB2019)
- Amendment No. 6 to Merger Agreement (fully executed)
- Fr8 App Hudson Warrant (fully executed)
- Fr8Hub - BGSA Discussion
- Fr8Hub - BGSA Discussion 2
- Fr8Hub Pro Forma Cap Table (11NOV2018) v Closing
- Freight App Hudson Note (fully executed)
- Freighthub Side Letter (CLEAN 26FEB2019)
- Freighthub Side Letter (REDLINES 26FEB2019)
- FW  stock letter
- Production Letter
- Re  Fr8Hub - BGSA Discussion
- RE  Fr8Hub Docs for Ben 1-14
- RE  Share issuance for BGSA 1 through 8
- RE  stock letter
- Emails related to  Your shares in Fr8Hub
- SPA (Common and Warrant transaction) -Execution Version- SRF clean
- Transfer Warrant - ATW Opportunities Master Fund LP (fully executed)
- Warrant Assignment Agreement - ATW Opportunities Master Fund LP (fully executed)

**Convertible Loans and Capital Contributions**
**2015 - 2021**

**Exhibit IV**
**(continued)**

| Affiliated Parties to<br>Existing Noteholders / Investors | Contributed<br>Prior to<br>12/11/2017 | Contributed<br>12/12/2017 to<br>12/31/2018 | Contributed<br>1/1/2019 to<br>12/31/2019 | Contributed<br>1/1/2020 to<br>12/31/2020 | Contributed<br>1/1/2021 to<br>12/31/2021 |
|---|---|---|---|---|---|
| ATW Master Fund II, LP | - | 850,000 | $1,250,000 | $804,421 | $608,842 |
| ATW Opportunitites Master Fund, LP | - | - | - | 2,050,425 | 3,000,000 |
| JADI Trust | - | - | - | 400,000 | - |
| Pishinano Investment Holding, Ltd. | - | 210,160 | 37,000 | 13,912 | - |
| Kerry Propper | - | $100,000 | - | 71,473 | - |
| **Total** | **-** | **$1,160,160** | **$1,287,000** | **$3,340,231** | **$3,608,842** |

**Total 2015 - 2021**          <u>$9,396,233</u>

| New Noteholders / Investors | Contributed<br>Prior to<br>12/11/2017 | Contributed<br>12/12/2017 to<br>12/31/2018 | Contributed<br>1/1/2019 to<br>12/31/2019 | Contributed<br>1/1/2020 to<br>12/31/2020 | Contributed<br>1/1/2021 to<br>12/31/2021 |
|---|---|---|---|---|---|
| Daniel J. Krifcher Revocable Trust | - | $50,000 | - | - | - |
| Delmar International Inc. | - | 113,600 | $20,000 | $7,525 | - |
| Emanuel Zareh | - | - | - | 481 | - |
| Ramnarain Jaigobind | - | 85,000 | 85,000 | 40,000 | - |
| **Total** | **-** | **$248,600** | **$105,000** | **$48,006** | **-** |

**Total 2015 - 2021**          <u>$401,606</u>

Sources: Freighthub, Inc. - Cap Table (Final) (19MAY20) CONFIDENTIAL FH003115.xlsx, Second Amendment to Securities Purchase Agreement, July 30, 2021 (FH0006058 - 6094), Exhibit A to the Action by Written Consent of the Stockholders in Lieu of a Meeting dated May 19, 2020 (FH0003310 - FH0003313).

**Convertible Loans and Capital Contributions**

**2015 - 2021**

**Exhibit IV**

| Existing Noteholders / Investors | Contributed Prior to 12/11/2017 | Contributed 12/12/2017 to 12/31/2018 | Contributed 1/1/2019 to 12/31/2019 | Contributed 1/1/2020 to 12/31/2020 | Contributed 1/1/2021 to 12/31/2021 |
|---|---|---|---|---|---|
| Andrew Intrater | $200,000 | $375,000 | $122,400 | $32,952 | - |
| ATW Fund I, LP | 500,000 | - | - | - | - |
| BNSG LLP | 100,000 | 351,500 | 112,500 | 277,122 | - |
| Charles Simonian | 200,000 | 27,200 | 40,000 | - | - |
| CN Partners LLC | 450,000 | 30,600 | 61,200 | 45,316 | - |
| Enrique Resendez | 34,000 | 17,234 | 9,020 | - | - |
| Grays West Ventures LLC | 62,700 | 8,527 | 12,541 | 136,199 | - |
| Ignacio Mounetou | 350,000 | 47,600 | 58,800 | 232,832 | - |
| Ivan Aksentijevic | 160,000 | - | - | - | - |
| Jason Epstein | 100,000 | 13,600 | 13,600 | 130,069 | - |
| KT4 Partners, LLC | 25,000 | - | - | - | - |
| M & M Energy Investors LLC | 50,000 | 18,160 | 12,000 | 28,893 | - |
| Michael Richter | 100,000 | 13,600 | 20,000 | 18,293 | - |
| Nicolas Rocha | 45,100 | 6,134 | - | - | - |
| Noam Dworman | 100,000 | 13,600 | 6,800 | - | - |
| Oren Charnoff | 15,000 | 2,040 | 1,020 | - | - |
| Ramiro E. Menchaca II | 175,000 | 52,200 | 40,000 | 96,068 | - |
| Ramiro E. Menchaca, Sr. | 25,000 | 3,400 | 5,000 | 9,067 | - |
| Sharbaugh Trust | 25,000 | 3,400 | 5,000 | 11,894 | - |
| Winston J. Churchill | 50,000 | 80,600 | 45,000 | 83,954 | - |
| Yaron Eitan | 2,100 | - | 143 | 1,399 | - |
| Yuri Kokush | 250,000 | 306,640 | 98,000 | 286,843 | - |
| **Total** | **$3,018,900** | **$1,371,035** | **$663,024** | **$1,390,901** | **-** |

**Total 2015 - 2021**          $6,443,860

**Success Fee on Convertible Loans and Capital Contributions**

**Funded and Expected to be Funded**

**2015 - 2020**

**Exhibit V**

| | Existing Noteholders / Investors | Affiliated Parties of Existing Noteholders / Investors | New Noteholders / Investors | Total |
|---|---|---|---|---|
| Total Loans / Capital Contributed (from Exhibit IV) | $6,443,860 | $9,396,233 | $401,606 | $16,241,699 |
| **Success Fee @ 10%** | | **$939,623** | **$40,161** | |
| | | **$979,784** | | |