**Joint UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

BG STRATEGIC ADVISORS, LLC,
      Plaintiff,

v.

FREIGHTHUB, INC.,
      Defendant.

_____/

                            Case No. 9-21-cv-80299-Matthewman

FREIGHTHUB, INC.,
      Counterclaim Plaintiff,

v.

BG STRATEGIC ADVISORS, LLC;
BGSA HOLDINGS, LLC; and BENJAMIN
GORDON,

      Counterclaim Defendants.

_____/

## <u>JOINT STIPULATION OF DISMISSAL</u>

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate and agree to the dismissal of the above action with prejudice. Each of the Parties shall bear its own attorneys' fees and costs except as set forth in the Settlement Agreement. The effectiveness of this Stipulation is contingent upon the Court entering an Order reserving jurisdiction to enforce the Parties' Settlement Agreement.

Dated: October 11, 2023

ZEBERSKY PAYNE SHAW LEWENZ, LLP

By: */s/  Zachary D. Ludens*
Jordan A. Shaw, Esq. (FBN 111711)
Zachary D. Ludens, Esq. (FBN 111620)
Lauren N. Palen, Esq. (1038877)
110 SE 6th Street Suite 2900
Ft. Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com;
Zludens@zpllp.com; lpalen@zpllp.com
Secondary Email: mlomastro@zpllp.com
*Attorneys for Plaintiff and Counterclaim*
*Defendants*

Respectfully submitted,

SEQUOR LAW

By: */s/ Fernando J. Menendez*
Fernando J. Menendez (FBN 18167)
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
fmenendez@sequorlaw.com

and

RPCK RASTEGAR PANCHAL LLP
By: Jeremy Saks
60 East 42nd Street, Suite 2410
New York, New York 10165
jeremy.saks@rpck.com
Telephone: (212) 594-9600
*Attorneys for Defendant and Counterclaim*
*Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed via the Court's CM/ECF system, which generated notices of electronic filing on all counsel of record.

*/s/ Zachary D. Ludens*
Zachary D. Ludens (FBN 111620)