UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-80299-Civ-Matthewman

BG STRATEGIC ADVISORS, LLC,

    Plaintiff,

v.

FREIGHTHUB, INC.,

    Defendant.
_____/

FREIGHTHUB, INC.,

    Counterclaim Plaintiff,

v.

BG STRATEGIC ADVISORS, LLC;
BGSA HOLDINGS, LLC; and
BENJAMIN H. GORDON,

    Counterclaim Defendants.
_____/

FILED BY SW D.C.
Oct 12, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal ("Joint Stipulation") [DE 188], filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), wherein the parties state that they "stipulate and agree to the dismissal of the above action with prejudice," with each party to bear their own attorneys' fees and costs except as set forth in the Settlement Agreement. [DE 188 at 1]. The parties' Joint Stipulation [DE 188] is contingent on the Court retaining jurisdiction to enforce the terms and conditions of their settlement agreement, *see Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012), and the Court finds it just

and proper to retain jurisdiction to enforce the settlement in this case. The Court has carefully considered the parties' Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE**;

2. The Court shall and hereby does retain jurisdiction to enforce the terms of the parties' Settlement Agreement;

3. Each party shall bear their own attorneys' fees and costs except as set forth in the Settlement Agreement;

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of October, 2023.

WILLIAM MATTHEWMAN
United States Magistrate Judge